UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS' LOCAL 324
PENSION FUND, et al.,

       Plaintiffs,

vs.                                          Case No. 05-CV-74285
                                            HON. GEORGE CARAM STEEH

DANIEL W. WILLIAMS & SONS, INC.,
and DANIEL W. WILLIAMS, SR.,

       Defendants.

_____/

ORDER STRIKING IN PART DECEMBER 13, 2005 ANSWER (#2) WITH RESPECT
TO CORPORATE DEFENDANT DANIEL W. WILLIAMS & SONS, INC. ONLY,
AND NOTICE OF JANUARY 25, 2006 SCHEDULING CONFERENCE

    Plaintiffs Engineers' Local 324 Funds and Plans filed a complaint on November 8, 2005 alleging defendants Daniel W. Williams & Sons, Inc. and Daniel W. Williams, Sr. are liable for failing to pay contributions to the plaintiffs pursuant to the terms of a collective bargaining agreement.  On December 13, 2005, Daniel W. Williams, Sr. appeared in pro per and filed an answer on behalf of himself and corporate defendant Daniel W. Williams & Sons, Inc..  Corporations may appear in the federal courts only through licensed counsel. See Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993).  Daniel Williams does not aver that he is a licensed attorney.  Accordingly,

    IT IS ORDERED that the December 13, 2005 answer is hereby STRICKEN, IN PART, to the extent it purports to be an answer filed on behalf of corporate defendant Daniel W. Williams & Sons, Inc..  Defendant Williams is forewarned that, with the striking

of the answer of Daniel W. Williams & Sons, Inc., Daniel W. Williams & Sons, Inc. remains subject to entry of default and default judgment for failing to yet plead or otherwise defend this lawsuit.  See Federal Rule of Civil Procedure 55.

IT IS FURTHER ORDERED that the parties shall appear for a scheduling conference in the Chambers of Federal District Court Judge George Caram Steeh, Second Floor, United States Court House, 231 West Lafayette, Detroit, Michigan, 48226, at **2:00 P.M., Wednesday, January 25, 2006.**  Defendant Daniel Williams is advised to seek legal representation for corporate defendant Daniel W. Williams & Sons, Inc. prior to the conference.

SO ORDERED.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: December 27, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on December 27, 2005, by electronic and/or ordinary mail.

s/Josephine Chaffee
Secretary/Deputy Clerk

2